**Dismiss and Opinion Filed November 7, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-24-00657-CV

**CARLOS VAUGHN, Appellant**
**V.**
**CAPITAL ONE BANK, AMELIA, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-00120-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Pedersen, III

On October 7, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the notice of appeal was not timely. We directed appellant to file a letter brief addressing our jurisdictional concern no later than October 17, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief addressing our jurisdictional concern.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).

/Bill Pedersen, III/

240657f.p05

BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARLOS VAUGHN, Appellant

No. 05-24-00657-CV     V.

CAPITAL ONE BANK, AMELIA, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-00120-C.
Opinion delivered by Justice Pedersen, III. Chief Justice Burns and Justice Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 7th day of November, 2024.